**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DOUGLAS, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>TOWN OF PORTOLA VALLEY, et al.,<br><br>        Defendants.<br>_____/ | No. C 09-4788 CRB<br><br>**ORDER TO SHOW CAUSE WHY COMPLAINT SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

On July 21, 2010, this Court granted with prejudice all pending motions to dismiss. This Court further understands that Plaintiffs have not yet served the amended complaint on the sole remaining Defendant, Sausal Creek Associates. Therefore, Plaintiffs are ORDERED TO SHOW CAUSE why this action should not be dismissed pursuant to Rule 41(b) for failure to prosecute. In deciding whether dismissal is appropriate, the Court will consider all filings to date. To the extent Plaintiffs wish the Court to consider any additional evidence or written argument, such material shall be filed at or before noon on Thursday, August 12, 2010. The Court will hear oral argument on the Order to Show Cause at 10:00am on Friday,

//
//
//
//

August 13, 2010.

**IT IS SO ORDERED.**

Dated: July 29, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE