IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL DOUGLAS, et al.,

    Plaintiffs,

  v.

TOWN OF PORTOLA VALLEY, et al.,

    Defendants.
                                        /

No. C 09-4788 CRB

**JUDGMENT**

    The Court, having dismissed all of Plaintiffs' claims against Defendants Town of Portola Valley, West Bay Sanitary District, Christopher Buja, George Mader, Spangle Associates, and Luis Mejia, enters judgment in favor of those Defendants and against Plaintiffs.

**IT IS SO ORDERED.**

Dated: July 29, 2010

                                    CHARLES R. BREYER
                                    UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\4788\Judgment.wpd