IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DOUGLAS, et al.<br><br>    Plaintiffs,<br><br>  v.<br><br>TOWN OF PORTOLA VALLEY, et al,<br><br>    Defendants._____/ | No. C 09-04788 CRB<br><br>**ORDER DEFERRING RULING ON ORDER TO SHOW CAUSE WHY COMPLAINT SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

On July 29, 2010 this Court issued an Order to Show Cause Why Complaint Should Not be Dismissed for Failure to Prosecute with respect to the sole remaining Defendant, Sausal Creek Associates. Dkt. 48. A hearing on the Order to Show Cause was held on August 26, 2010. The Court hereby defers ruling on the Order to Show Cause and will rehear this matter on November 5, 2010 at 10:00 a.m. If the amended complaint has been served by that time, the Court will hold a status conference in lieu of a hearing on the Order to Show Cause.

**IT IS SO ORDERED.**

Dated: August 26, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\4788\Order Continuing Order to Show Cause.wpd